

CAROLINE L. FOWLER
City Attorney

MATTHEW J. LeBLANC
SUZANNE C. RAWLINGS
MICHAEL J. CASEY
MOLLY L. DILLON
JOHN J. FRITSCH
Assistant City Attorneys

JANICE D. KILLION
Deputy City Attorney

BRUCE LEAVITT
Of Counsel

February 2, 2010

The Honorable James Larson
Magistrate Judge
U.S. District Court, Northern District
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102-3483

**IT IS SO ORDERED**
*Judge James Larson*

Re: *Troy Alan Eller v. City of Santa Rosa, et al.*
U.S.D.C. N.D. of CA Case No. C 09-1094 TEH

Dear Judge Larson:

This will confirm that the Settlement Conference in the above-referenced matter has been rescheduled from May 11, 2010 to **May 12, 2010 at 2:00 p.m.** All parties are in agreement to rescheduling this settlement conference.

Thank you for your courtesy.

Respectfully,

John J. Fritsch
Assistant City Attorney

:kv

cc: Steven Taxman, Esq.
John Scarpino, Esq.
Lauren Tate, Esq.