Steven B. Taxman (SBN 183394)
John H. Scarpino (SBN 151377)
**TAXMAN WAKEFORD**
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 578-3510
Attorneys for Plaintiff
TROY ALAN ELLER

CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Ave., Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Attorneys for Defendants
CITY OF SANTA ROSA; SANTA ROSA POLICE DEPARTMENT;
KYLE PHILP, and TOMMY ISACHSEN

Lauren E. Tate, (SBN 124483)
TATE & ASSOCIATES
1321 Eighth Street, Suite 4
Berkeley, California 94710
Telephone:   (510) 525-5100
Attorneys for Defendants
SANTA ROSA MEMORIAL HOSPITAL and
MARK DRAFTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALAN ELLER,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, a chartered city; SANTA ROSA POLICE DEPT., a police agency; KYLE PHILP, an individual and officer of the SANTA ROSA POLICE DEPT.; TOMMY ISACHSEN, an individual and officer of the SANTA ROSA POLICE DEPT.; SANTA ROSA MEMORIAL | Case No. C 09-01094 TEH<br><br>**STIPULATION PERMITTING PLAINTIFF TROY ALAN ELLER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT SANTA ROSA MEMORIAL HOSPITAL AND DEFENDANT MARK DRAFTON** |

STIPULATED DISMISSAL                                           1

| | |
|---|---|
| 1 | HOSPITAL, a California corporation; MARK DRAFTON, an individual; and DOES 1 through 25, inclusive, |
| 2 | |
| 3 | Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Troy Alan Eller and Defendants City of Santa Rosa, Santa Rosa Police Department, Kyle Philp, Tommy Isachsen, Santa Rosa Memorial Hospital and Mark Drafton each stipulate to permit Plaintiff Troy Alan Eller to dismiss with prejudice all claims asserted in this action against Defendant Santa Rosa Memorial Hospital and Defendant Mark Drafton. It is further stipulated that Defendant Santa Rosa Memorial Hospital and Defendant Mark Drafton each waive all rights to any claim they may have against Plaintiff Troy A. Eller for the recovery of attorneys fees or costs.

The parties agree this stipulation was negotiated in good faith and that it constitutes a settlement of all claims asserted in this action by Plaintiff Troy Alan Eller against Defendant Santa Rosa Memorial Hospital and Defendant Mark Drafton. The parties further agree that the claims asserted in this action were vigorously contested and disputed by the parties.

The undersigned attorneys of record for the various parties to this action each certify that they are fully authorized by the party or parties represented to agree to and enter into this stipulation permitting Plaintiff Troy Alan Eller to dismiss with prejudice all claims asserted against Defendant Santa Rosa Memorial Hospital and Defendant Mark Drafton. The terms of this Stipulation shall become effective upon the Court's approval and entry of this Stipulation by the Court.

Accordingly, the parties each respectfully request that the Court approve and enter Plaintiff Troy Alan Eller's dismissal with prejudice of all claims asserted against Defendant Santa Rosa Memorial Hospital and Defendant Mark Drafton. Additionally, the parties further stipulate and request that the Court retain jurisdiction to oversee compliance with this Stipulation and to resolve any issues, disputes, or questions regarding the Plaintiff's dismissal of Defendant

Santa Rosa Memorial Hospital and Defendant Mark Drafton that may arise. (See, *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

Dated: ~~January 28, 2010~~ 2/25/2010

TAXMAN WAKEFORD

By: /s/ Wesley Wakeford
~~John H. Scarpino~~ Wesley Wakeford
Attorneys for Plaintiff
Troy A. Eller

Dated: January 28, 2009

OFFICE OF THE CITY ATTORNEY

By: /s/
John J. Fritsch
Attorney for Defendants
City of Santa Rosa, Santa Rosa
Police Department, Kyle Philp and
Tommy Isachsen

**IT IS SO ORDERED**
/s/ Thelton Henderson
Judge Thelton E. Henderson
03/01/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: January 28, 2010

TATE & ASSOCIATES

By: /s/
Lauren Tate
Attorneys for Defendants
Santa Rosa Memorial Hospital and
Mark Drafton

STIPULATED DISMISSAL

3