1  Steven B. Taxman (SBN 183394)
   John H. Scarpino (SBN 151377)
2  **TAXMAN WAKEFORD**
3  300 Montgomery Street, Suite 660
   San Francisco, California 94104
4  Telephone: (415) 578-3510
   Attorneys for Plaintiff
5  TROY ALAN ELLER

6

7  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
8  City of Santa Rosa
   100 Santa Rosa Ave., Room 8
9  Santa Rosa, California 95404
10 Telephone:  (707) 543-3040
   Attorneys for Defendants
11 CITY OF SANTA ROSA; SANTA ROSA POLICE DEPARTMENT;
   KYLE PHILP, and TOMMY ISACHSEN
12

13
   Lauren E. Tate, (SBN 124483)
14 TATE & ASSOCIATES
   1321 Eighth Street, Suite 4
15 Berkeley, California 94710
   Telephone:    (510) 525-5100
16 Attorneys for Defendants
17 SANTA ROSA MEMORIAL HOSPITAL and
   MARK DRAFTON
18

19                      UNITED STATES DISTRICT COURT
20                      NORTHERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| TROY ALAN ELLER, | Case No. C-09-01094 TEH |
| Plaintiff, | |
| v. | **STIPULATION PERMITTING PLAINTIFF TROY ALAN ELLER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT SANTA ROSA MEMORIAL HOSPITAL AND DEFENDANT MARK DRAFTON** |
| CITY OF SANTA ROSA, a chartered city; SANTA ROSA POLICE DEPT., a police agency; KYLE PHILP, an individual and officer of the SANTA ROSA POLICE DEPT.; TOMMY ISACHSEN, an individual and officer of the SANTA ROSA POLICE DEPT.; SANTA ROSA MEMORIAL | |

STIPULATED DISMISSAL                              1

1  HOSPITAL, a California corporation; MARK
2  DRAFTON, an individual; and DOES 1
   through 25, inclusive,
3
4          Defendants.

5

6          Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Troy Alan Eller and
7  Defendants City of Santa Rosa, Santa Rosa Police Department, Kyle Philp, Tommy Isachsen,
8  Santa Rosa Memorial Hospital and Mark Drafton each stipulate to permit Plaintiff Troy Alan
9  Eller to dismiss with prejudice all claims asserted in this action against Defendant Santa Rosa
10 Memorial Hospital and Defendant Mark Drafton. It is further stipulated that Defendant Santa
11 Rosa Memorial Hospital and Defendant Mark Drafton each waive all rights to any claim they
12 may have against Plaintiff Troy A. Eller for the recovery of attorneys fees or costs.

13         The parties agree this stipulation was negotiated in good faith and that it constitutes a
14 settlement of all claims asserted in this action by Plaintiff Troy Alan Eller against Defendant
15 Santa Rosa Memorial Hospital and Defendant Mark Drafton. The parties further agree that the
16 claims asserted in this action were vigorously contested and disputed by the parties.

17         The undersigned attorneys of record for the various parties to this action each certify that
18 they are fully authorized by the party or parties represented to agree to and enter into this
19 stipulation permitting Plaintiff Troy Alan Eller to dismiss with prejudice all claims asserted
20 against Defendant Santa Rosa Memorial Hospital and Defendant Mark Drafton. The terms of
21 this Stipulation shall become effective upon the Court's approval and entry of this Stipulation by
22 the Court.

23         Accordingly, the parties each respectfully request that the Court approve and enter
24 Plaintiff Troy Alan Eller's dismissal with prejudice of all claims asserted against Defendant
25 Santa Rosa Memorial Hospital and Defendant Mark Drafton. Additionally, the parties further
26 stipulate and request that the Court retain jurisdiction to oversee compliance with this Stipulation
27 and to resolve any issues, disputes, or questions regarding the Plaintiff's dismissal of Defendant
28

STIPULATED DISMISSAL                              2

Santa Rosa Memorial Hospital and Defendant Mark Drafton that may arise. (See, *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

Dated: ~~January 28, 2010~~ 2/25/2010

TAXMAN WAKEFORD

By: _____ Wesley Wakeford
~~John H. Scarpino~~
Attorneys for Plaintiff
Troy A. Eller

Dated: January 28, 2009

OFFICE OF THE CITY ATTORNEY

By: _____
John J. Fritsch
Attorney for Defendants
City of Santa Rosa, Santa Rosa
Police Department, Kyle Philp and
Tommy Isachsen

**IT IS SO ORDERED**
Judge Thelton E. Henderson
03/01/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: January 28, 2010

TATE & ASSOCIATES

By: _____
Lauren Tate
Attorneys for Defendants
Santa Rosa Memorial Hospital and
Mark Drafton

STIPULATED DISMISSAL                                3