Steven B. Taxman (SBN 183394)
Wesley Wakeford (SBN 224801)
John H. Scarpino (SBN 151377)
**TAXMAN WAKEFORD**
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 578-3510
Facsimile: (415) 294-2890

Attorneys for Plaintiff
TROY ALAN ELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALAN ELLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, a chartered city; SANTA ROSA POLICE DEPT., a police agency; KYLE PHILP, an individual and officer of the SANTA ROSA POLICE DEPT.; TOMMY ISACHSEN, an individual and officer of the SANTA ROSA POLICE DEPT.; SANTA ROSA MEMORIAL HOSPITAL, a California corporation; MARK DRAFTON, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: C 09-01094 TEH<br><br>**STIPULATION AND ORDER FOR A LIMITED EXTENSION OF THE DISCOVERY CUTOFF DATE** |

　　Pursuant to Federal Rule of Civil Procedure 29 and Civil Local Rule 6-1(b), Plaintiff Troy Alan Eller and Defendants City of Santa Rosa, Santa Rosa Police Department, Kyle Philp, Tommy Isachsen each stipulate and request an extension of the Discovery Cutoff date for the limited purpose of permitting the parties to schedule one deposition beyond the March 29, 2010

**STIPULATED ORDER FOR A LIMITED EXTENSION OF THE DISCOVERY CUTOFF DATE**

discovery cutoff date. Specifically, the parties request an Order setting April 15, 2010 as the date on which the parties must complete the deposition of Lieutenant Nolan, the person designated by the Defendant Santa Rosa Police Department to testify on its behalf.  All other non-expert discovery will be completed by today, March 29, 2010, as specified in the Order for Pretrial Preparation.

Good cause exists to permit the parties to schedule this deposition beyond the March 29, 2010 discovery cutoff date, as follows:

### Lieutenant Nolan is Currently Out of the County and Unavailable for Deposition Until After the Close of Discovery on March 29, 2010:

Plaintiff timely noticed the deposition of Defendant Santa Rosa Police Department for March 26, 2010.  The Santa Rosa Police Department, ("SRPD"), subsequently determined that Lieutenant Nolan is the person most knowledgeable to testify on its behalf on the topics identified in the deposition notice.   Lieutenant Nolan, however, could not be deposed on March 26, 2010 because he was out of the county on a previously scheduled vacation.  Officer Nolan is not scheduled to return from vacation until April 9, 2010.  (Wesley Decl. ¶ 3.)  As a result, Officer Nolan is not available for deposition until after the March 29. 2010 discovery cutoff date.

Defendant SRPD timely notified Plaintiff of these facts.   In response, Plaintiff and the SRPD conferred, and mutually agreed to seek a stipulated order permitting the parties to schedule Lieutenant Nolan's deposition on a date after the discovery cutoff date, but no later than April 15, 2010.   (Wesley Decl. ¶ 4.)

Good cause exists for permitting a limited extension of the discovery cutoff date for the sole purpose of allowing the parties to schedule Lieutenant Nolan's deposition after March 29, 2010, By allowing the parties to schedule Lieutenant Nolan's deposition as requested, the parties are assured that the person most knowledgeable will in fact be the person designated to testify on behalf of the SRPD.  This will also avoid the costly necessity of designating another individual to testify on behalf of the SRPD, who will need time to become educated and knowledgeable on these topics – a situation all parties wish to avoid.  Consequently, the parties agree and stipulate to request an Order permitting the parties to schedule Lieutenant Nolan's deposition on a date after the discovery cutoff date, but before April 15, 2010.  (Wesley Decl. ¶ 5.)

**STIPULATED ORDER FOR A LIMITED EXTENSION OF THE DISCOVERY CUTOFF DATE**

The undersigned attorneys of record for the various parties to this action each certify that they are fully authorized by the party or parties represented to agree to and enter into this stipulation to extend the discovery cutoff date for the limited purpose of scheduling the deposition of Lieutenant Nolan on a date beyond the March 29, 2010 discovery cutoff date. Accordingly, the parties respectfully request that the Court approve and enter this Stipulation for a limited extension of the discovery cutoff date from March 29, 2010 to April 15, 2010 for the limited purpose of taking depositions of Lieutenant Nolan.

Dated:  March 29, 2010                         TAXMAN WAKEFORD


By: _____
    Wesley Wakeford
    Attorneys for Plaintiff
    Troy A. Eller


Dated:  March 29, 2010                         OFFICE OF THE CITY ATTORNEY


By: _____
    John  J. Fritsch
    Attorney for Defendants City of
    Santa Rosa, Santa Rosa Police
    Department, Kyle Philp and
    Tommy Isachsen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  04/05/10                               _____
                                               Honorable Thelton E. Henderson
                                               United States District Judge

[Seal: United States District Court, Northern District of California — signed by Judge Thelton E. Henderson]

**STIPULATED ORDER FOR A LIMITED EXTENSION OF THE DISCOVERY CUTOFF DATE**

TAXMAN WAKEFORD
NORTHERN CALIFORNIA LITIGATION ASSOCIATES
300 Montgomery Street, Suite 660
San Francisco, California 94104