Steven B. Taxman (SBN 183394)
Wesley Wakeford (SBN 224801)
**TAXMAN WAKEFORD**
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 578-3510
Facsimile: (415) 294-2890

Attorneys for Plaintiff
TROY ALAN ELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALAN ELLER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, a chartered city; SANTA ROSA POLICE DEPT., a police agency; KYLE PHILP, an individual and officer of the SANTA ROSA POLICE DEPT.; TOMMY ISACHSEN, an individual and officer of the SANTA ROSA POLICE DEPT.; SANTA ROSA MEMORIAL HOSPITAL, a California corporation; MARK DRAFTON, an individual; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: C 09-01094 TEH<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE, SETTLEMENT CONFERENCE AND TRIAL, AND ALSO THE DEADLINES FOR THE FILING OF THE JOINT PRETRIAL CONFERENCE STATEMENT AND FRCP RULE 26 DISCLOSURES** |

The parties herein hereby stipulate, through their attorneys of record, to an order of the Court continuing the pretrial conference, the settlement conference and the trial in this matter, as well as the deadlines for the filing of the parties' Joint Pretrial Conference Statement and their FRCP Rule 26(a) disclosures, to later dates sometime in the future.

The bases for this Stipulation are as follows:

**Stipulation for Order and [Proposed] Order Continuing Pretrial Conference, Settlement Conference and Trial, and also Continuing the Deadlines for the Filing of the Joint Pretrial Conference Statement and FRCP Rule 26 Disclosures, Case No. C 09-01094 TEH**

1

First, the remaining Defendants in this action, Officers Kyle Philp and Tommy Isachsen, intend to appeal this Court's June 10, 2010 Order denying their motion for summary judgment, to the Ninth Circuit Court of Appeals.  Defendants' Notice of Appeal will be filed imminently.  Said Notice will divest this Court of its jurisdiction over those aspects of the case involved in the appeal, i.e. Defendants' qualified immunity, rendering it unable to hear the pending hearings and conduct the trial before resolution of the appeal. *See Griggs v. Provident Consumer Discount Co.*, 459 US 56 (1982).

Second, Plaintiff's counsel has also just filed a Motion to Withdraw as Counsel for Plaintiff, based on a irreparable breakdown in the attorney-client relationship that is preventing Plaintiff's attorneys from providing him with effective assistance of counsel.

Third, this is the first time any party has requested any continuances or enlargements of time in this matter.

Dated:                                   TAXMAN WAKEFORD

_____
Steven B. Taxman, Esq.
Attorney for Plaintiff


Dated:                                   SANTA ROSA CITY ATTORNEY

_____
John J. Fritsch, Assistant City Attorney
Attorney for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED



DATE: __06/22/10__

Hon. Judge Thelton E. Henderson

**Stipulation for Order and [Proposed] Order Continuing Pretrial Conference and Trial, and also Continuing the Deadlines for the Filing of the Joint Pretrial Conference Statement and FRCP Rule 26 Disclosures, Case No. C 09-01094 TEH**

2

First, the remaining Defendants in this action, Officers Kyle Philp and Tommy Isachsen, intend to appeal this Court's June 10, 2010 Order denying their motion for summary judgment, to the Ninth Circuit Court of Appeals. Defendants' Notice of Appeal will be filed imminently. Said Notice will divest this Court of its jurisdiction over those aspects of the case involved in the appeal, i.e. Defendants' qualified immunity, rendering it unable to hear the pending hearings and conduct the trial before resolution of the appeal. *See Griggs v. Provident Consumer Discount Co.*, 459 US 56 (1982).

Second, Plaintiff's counsel has also just filed a Motion to Withdraw as Counsel for Plaintiff, based on a irreparable breakdown in the attorney-client relationship that is preventing Plaintiff's attorneys from providing him with effective assistance of counsel.

Third, this is the first time any party has requested any continuances or enlargements of time in this matter.

Dated: 6-21-10

TAXMAN WAKEFORD

Steven B. Taxman, Esq.
Attorney for Plaintiff

Dated: 6/21/10

SANTA ROSA CITY ATTORNEY

John J. Fritsch, Assistant City Attorney
Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: _____                    _____
                                         Hon. Judge of the U.S. District Court

**Stipulation for Order and [Proposed] Order Continuing Pretrial Conference, Settlement Conference and Trial, and also Continuing the Deadlines for the Filing of the Joint Pretrial Conference Statement and FRCP Rule 26 Disclosures, Case No. C 09-01094 TEH**

2