IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY ALAN ELLER,

                Plaintiff,

v.

CITY OF SANTA ROSA, et al.,

                Defendants.

NO. C09-01094 TEH

<u>ORDER RE HEARING ON MOTION TO WITHDRAW</u>

The Court is in receipt of the motion to withdraw as counsel for Plaintiff Troy Alan Eller ("Mr. Eller"), filed by Steven B. Taxman, Wesley Wakeford, and John H. Scarpino, of Taxman Wakeford, 300 Montgomery Street, Suite 660, San Francisco, CA 94104 (collectively, "Counsel"), which is noticed for hearing on July 26, 2010.  Counsel have informed the Court that they mailed a letter to Mr. Eller notifying him of the time, date, and location of the motion hearing and the reasons they believe such a motion is necessary. Counsel were also to serve a copy of the motion on Mr. Eller.

IT IS HEREBY ORDERED THAT Mr. Eller shall appear in person at the hearing on Counsel's motion to withdraw on **Monday, July 26, 2010, at 10:00am**, in Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.  Mr. Eller is advised that he will need a photo ID, such as a driver's license or passport, to enter the courthouse.  Mr. Eller shall be prepared to discuss whether he plans to continue litigating this matter by representing himself or by obtaining new counsel.  If Mr. Eller plans to obtain new counsel, he shall apprise the Court of what prospective counsel he has approached.

//

//

//

The Clerk of the Court shall serve a copy of this Order on Mr. Eller at the address on file with the Court:

>Troy Alan Eller
>933 Edwards Avenue, Apt. 11
>Santa Rosa, CA 95401

Counsel shall also telephone Mr. Eller no later than Monday, July 19, 2010, to communicate the contents of this Order.

Counsel shall also appear at the July 26 hearing, unless a substitution of counsel has been properly filed with this Court prior to the hearing date.

**IT IS SO ORDERED.**

Dated: 7/16/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT