IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY ALAN ELLER,

            Plaintiff,

v.

CITY OF SANTA ROSA, et al.,

            Defendants.

NO. C09-1094 TEH

ORDER DISMISSING CASE

On July 26, 2010, this Court heard argument on a motion to withdraw by counsel for Plaintiff Troy Alan Eller. Mr. Eller appeared at the hearing and did not object to counsel's withdrawal, which the Court granted. Mr. Eller further stated that he wanted to dismiss this case. Out of an abundance of caution, the Court advised Mr. Eller that it would allow him thirty days "to consider his decision and consult counsel, and to ensure that his decision to dismiss is knowing and voluntary." July 26, 2010 Order at 1. The Court explained that this case would be dismissed with prejudice if Mr. Eller did not notify the Court by August 26, 2010, that he was "interested in continuing to prosecute this matter." *Id.*

Mr. Eller has not contacted the Court since the July 26 hearing. Accordingly, IT IS HEREBY ORDERED that this case shall be dismissed with prejudice pursuant to Mr. Eller's request. The Clerk shall enter judgment and close the file.

The Clerk shall serve a copy of this order on Mr. Eller at the address on file with the Court: Mr. Troy Alan Eller, 933 Edwards Avenue, Apartment 11, Santa Rosa, CA 95401.

**IT IS SO ORDERED.**

Dated: 08/30/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT